

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2015

No. 04-15-00158-CV

Sandy **SCHIREL**,
Appellant

v.

Charles G. **TATE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV000835
Honorable Jason Wolff, Judge Presiding

# O R D E R

Appellant filed a notice of appeal March 23, 2015, stating that she intended to appeal from the trial court's judgment signed on March 19, 2015. However, the trial court clerk has informed the Clerk of this Court that there is currently no final judgment in the cause. Indeed, from the motion for emergency relief filed by appellant on March 26, 2015 (and subsequently denied by this Court), it appears that the justice of the peace signed a writ of possession in a suit to evict appellant and appellant has appealed to the county court. From appellant's motion, it appears her appeal may still be pending in the county court. If there is no final judgment signed by the county court, this Court has no jurisdiction to hear this appeal. We therefore ORDER appellant to show cause on or before **May 7, 2015** why this appeal should not be dismissed for lack of jurisdiction.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court